RACHEL LEDERMAN (SBN 130192)
Rachel Lederman & Alexsis C. Beach, Attorneys
558 Capp Street
San Francisco, CA  94110
Telephone: 415.282.9300; Fax: 415.285.5066
rachel@bllaw.info

Attorneys for plaintiff
Russell Bates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSELL BATES,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>     Defendants. | CASE NO.  3:14-cv-1984 LB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO THE SETTLEMENT AGREEMENT BETWEEN ALL PARTIES** |

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE that pursuant to the terms of the settlement of the entire action reached between the parties, this action shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

THEREFORE, the parties respectfully request that the Court enter the within

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
*Bates v. City of Oakland, et al.*, Case No. 3:14-cv-1984 LB     1

voluntary order of dismissal with prejudice; and that the Case Management Conference, currently scheduled for March 12, 2015, be vacated.

Dated: March 4, 2015 /S/
RACHEL LEDERMAN
Attorney for plaintiff

BARBARA J. PARKER, City Attorney
ARLENE M. ROSEN, Senior Deputy City Attorney
By: /S/
Arlene Rosen
Attorneys for Defendants
CITY OF OAKLAND, et al.

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: __March 6__, 2015         _____
HON. LAUREL BEELER
United States Magistrate Judge

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
*Bates v. City of Oakland, et al.*, Case No. 3:14-cv-1984 LB          2